# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2931

_____

JASON BEMBRY,

    Appellant,

v.

TALLAHASSEE POLICE
DEPARTMENT,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

July 8, 2026

PER CURIAM.

    DISMISSED as untimely.

ROBERTS, KELSEY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jason Bembry, pro se, Appellant.

No appearance for Appellee.